```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

        vs.                     *  CRIMINAL NO. MJG-00-0415

TERRENCE [TERRANCE] THOMAS      *

*       *       *       *       *       *       *       *       *
```

MEMORANDUM AND ORDER

The Court has before it the Motion to Vacate [ECF No. 47] filed by Defendant Thomas and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

The instant motion has been withdrawn by Defendant Thomas by [ECF No. 50].

Accordingly, the Motion to Vacate [ECF No. 47] is DENIED.


SO ORDERED, on Monday, December 21, 2015.


                                        /s/
                              Marvin J. Garbis
                          United States District Judge